UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAMILA MENDINUETA MORALES,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, PAMELA JO BONDI, Attorney General, TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, JESUS ROCHA, Acting Field Office Director, San Diego Field Office, CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center,<br><br>　　　　　　　　　Respondents. | Case No.: 26-CV-51 TWR (MMP)<br><br>**ORDER (1) REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS AND (2) SETTING BRIEFING SCHEDULE**<br><br>(ECF Nos. 1, 2) |

　　　Presently before the Court is Petitioner Yamila Mendinueta Morales' Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Pet.," ECF No. 1) and Motion for Temporary Restraining Order ("TRO Mot.," ECF No. 2.)  Accordingly, the Court **ORDERS** Respondents Kristi Noem, Secretary of the Department of Homeland Security; Pamela Jo Bondi, Attorney General; Todd M. Lyons, Acting Director, Immigration and Customs Enforcement; Jesus Rocha, Acting Field Office Director, San Diego Field Office;

and Christopher LaRose, Warden at Otay Mesa Detention Center, **TO SHOW CAUSE** why the Petition should not be granted by filing a written response no later than 5:00 p.m. on Tuesday January 13, 2026. Petitioner **SHALL SERVE** on Respondents copies of both the Petition and this Order as soon as practicable and **SHALL FILE** proof of such service no later than 5:00 p.m. on Friday, January 9, 2026. Petitioner **MAY FILE** an optional Traverse in Support of his Petition, if any, no later than 5:00 p.m. on Tuesday, January 20, 2026. Additionally, the Court **SETS** an Order to Show Cause Hearing for Thursday, January 22, 2026, at 1:30 p.m. in Courtroom 14A.

As for Petitioner's Motion for Temporary Restraining Order (TRO Mot.), the Court **PARTIALLY GRANTS** Petitioner's request and, until further Order of this Court, **TEMPORARILY RESTRAINS** Respondents from transferring Petitioner outside of the Southern District of California while the Petition remains pending.

**IT IS SO ORDERED.**

Dated: January 5, 2026

_____
Honorable Todd W. Robinson
United States District Judge